# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTINO NO. 16-00300 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JOSEPH WILBON, ET AL. | MAGISTRATE JUDGE KAY |

**JUDGMENT**

For the reasons stated in the Original and Supplemental Report and Recommendations (Record Documents 58 and 64) of the Magistrate Judge previously filed herein, having thoroughly reviewed the record, including the written objections filed by defendants, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Defendants' Motion to Suppress (Record Documents 29 and 43) be and hereby is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana this 9th day of February, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT